UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-1032 FMO (MAAx) | Date | May 14, 2020 |
|---|---|---|---|
| Title | A World Trade, Inc. v. Apmex, Inc., et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|

| Vanessa Figueroa | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** (In Chambers) Further Order to Show Cause Re: Dismissal Re: Lack of Prosecution

The court has reviewed plaintiff's Response to Order to Show Cause, (Dkt. 74). Absent a showing of good cause, an action must be dismissed without prejudice if the summons and complaint are not served on a defendant within 90 days after the complaint is filed. Fed. R. Civ. P. 4(m). Generally, a defendant must answer the complaint within 21 days after service (60 days if the defendant is the United States). Fed. R. Civ. P. 12(a). The court may dismiss the action prior to the 90 days, however, if plaintiff(s) has/have not diligently prosecuted the action.

In the present case, it appears that one or more of these time periods has not been met. Accordingly, the court, on its own motion, orders plaintiff(s) to show cause in writing on or before **May 20, 2020**, why the below defendants should not be dismissed for lack of prosecution. Pursuant to Fed. R. Civ. P. 78(b), the court finds that this matter is appropriate for submission without oral argument. The Order to Show Cause will stand submitted upon the filing of:

■ Proof of service of summons and complaint on the following defendant(s): **Silver Gold Bull, Inc.**[1]

■ An answer by the following defendant(s): **Moderncoinmart, LLC; SD Bullion, Inc.; Silver Gold Bull, Inc.** or

■ Plaintiff's application for entry of default pursuant to Fed. R. Civ. P. 55(a) as to the following defendant(s): **Moderncoinmart, LLC; SD Bullion, Inc.**

on or before the date indicated above. Failure to file a timely response to this Order to Show Cause shall result in the action or the above defendant(s) being dismissed for lack of prosecution and for failure to comply with the orders of the court. See Local Rule 41; Fed. R. Civ. P. 4 & 41(b);

---

[1] With respect plaintiff's request that the court permit plaintiff to file an errata perfecting the name of defendant, plaintiff shall file a motion or application supported with applicable authority for such a request, along with a proposed order.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-1032 FMO (MAAx) | Date | May 14, 2020 |
|---|---|---|---|
| Title | A World Trade, Inc. v. Apmex, Inc., et al. | | |

Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | vdr | |